```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

ANTOINETTE BUTLER                       CIVIL ACTION

VERSUS                                  NO: 08-1101

GENERAL INSURANCE COMPANY OF            SECTION: "J" (1)
AMERICA

### ORDER

Before the Court is Defendant's Motion for Summary Judgment (Rec. Doc. 4).  For the reasons below, Defendant's motion is **GRANTED**.

### BACKGROUND

Plaintiff Antoinette Butler originally filed a Petition for Damages against defendant, General Insurance Company of America (GICA) on August 29, 2007, alleging damages sustained to property located at 3037 General Ogden Street in New Orleans, Louisiana as a result of Hurricane Katrina.[1]  The case was originally filed in Section "A" of this court.  On January 29, 2008, Judge Zainey issued an order granting Defendant's Motion to Sever Claims.[2]  Accordingly, Plaintiff filed an Amended and Supplemental Petition

---

[1] *See Haywood v. Safeco Ins. Co. of Am.*, No. 9232 (E.D. La.)(Zainey, J.).

[2] *Id.* (Rec. Doc. 15).

for Damages which was assigned to this Section on February 22, 2008.

Defendant filed this Motion for Summary Judgment on April 16, 2008 and set it for hearing on May 14, 2008.  As of the hearing date, Plaintiff has not filed any response to the motion.

## DISCUSSION

LR 7.5E provides that "Each party opposing a motion shall file . . . a memorandum of the reasons advanced in opposition to the motion . . . no later than the eighth calendar day prior to the noticed hearing date."  Therefore Plaintiff's Opposition to the Motion for Summary Judgment was due no later than May 6, 2008.

Plaintiff asserts that GICA is liable for failure to pay for damage that Plaintiff suffered to her property as a result of Hurricane Katrina.  (Rec. Doc. 1).  Plaintiff further asserts that GICA is liable pursuant to a contract of insurance between Plaintiff and Defendant.  However, Plaintiff has not identified the policy number of the insurance contract, nor has the Plaintiff attached a copy of the insurance contract to its pleadings.

Defendant asserts that after reviewing its files, it can find no evidence of any insurance contract with the Plaintiff as the named insured.  It further asserts that it can find no

evidence that it issued a contract of insurance that lists the property in question as an insured property.

In the absence of any opposition from the Plaintiff, Defendant's Motion is well-taken.  Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (Rec. Doc. 4) is **GRANTED**.

New Orleans, Louisiana this the 14th day of May, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE